JS-6

MATTHEW L. SEROR (SBN: 235043)
 *mseror@buchalter.com*
DAVID E. MARK (SBN: 247283)
 *dmark@buchalter.com*
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400

Attorneys for Plaintiff
LUXURY BRANDS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXURY BRANDS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAUKAT GULAMANI a/k/a SHAUKY GULAMANI, an individual; LIFE MARKETING GROUP, LLC, a California limited liability company; SHAWN KOCHENDORFER, an individual; SHIRLEY JUNG, an individual; DOES 1-10, inclusive,<br>    Defendants. | Case No. 2:18-CV-00586-PA (GJSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

THE COURT, having considered the Stipulation for Dismissal of Entire Action with Prejudice, between Plaintiff Luxury Brands, LLC ("Plaintiff") on the one hand and Defendants Shaukat Gulamani a.k.a. Shauky Gulamani ("Gulamani"), Life Marketing Group, LLC ("Life Marketing"), Shawn Kochendorfer ("Kochendorfer"), and Shirley Jung ("Jung") on the other hand, by and through their respective counsel of record, **ORDERS AS FOLLOWS:**

1. Pursuant to (i) that certain Agreement of Compromise, Settlement, and Release, dated November 29, 2018, between Plaintiff on the one hand and Gulamani and Life Marketing on the other hand, and (ii) that certain Agreement of Compromise, Settlement, and Release, dated November 29, 2018, between Plaintiff on the one hand and Kochendorfer and Jung on the other hand (collectively, the "Settlement Agreements") this action is dismissed in its entirety with prejudice;

2. Each of the parties is to bear its own costs and attorneys' fees in connection with this matter; and

3. ~~The Court retains jurisdiction for the purpose of resolving any disputes arising from either or both of the Settlement Agreements, including but not limited to disputes to enforce the terms of either or both of the Settlement Agreements pursuant to the authority and guidance set forth in Kokkonen v. Guardian Life Insurance, 511 U.S. 375 (1994).~~ This stipulation shall be admissible in any court proceeding for the purposes of establishing that an agreement has been reached by the parties for the purposes of enforcing and interpreting the Settlement Agreements as indicated above.

**IT IS SO ORDERED**

Dated: January 8, 2019

_____
The Honorable Percy Anderson
United States District Judge

---
**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**